No. A–323 (73–578). YASSEN *v.* UNITED STATES. C. A. 5th Cir. Application for stay presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. D–11. IN RE DISBARMENT OF HARTZOG. It is ordered that Benjamin Gerard Hartzog, of Washington, D. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–12. IN RE DISBARMENT OF ISAACSON. It is ordered that John T. Isaacson, of St. Louis, Missouri, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–13. IN RE DISBARMENT OF LEHRER. It is ordered that Isadore Albert Lehrer, of Washington, D. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–14. IN RE DISBARMENT OF MacLEOD. It is ordered that Douglas C. MacLeod, of St. Louis, Missouri, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.